```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 24220
   JANICE EILEEN PARKER
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7528

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/28/2004 and was confirmed 08/25/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  63.00%.

     The case was dismissed after confirmation 11/14/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED            9000.00        1521.15       9000.00
DRIVE FINANCIAL SERVICES  UNSECURED         NOT FILED          .00            .00
CAVALRY INVESTMENTS       UNSECURED          9419.80           .00        4594.20
AMERITECH                 UNSECURED         NOT FILED          .00            .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED          .00            .00
BERYL PARKER              UNSECURED         NOT FILED          .00            .00
BRIAN HODGES              UNSECURED         NOT FILED          .00            .00
CAPITAL ONE BANK          FILED LATE         844.78            .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED          .00            .00
CREDIT ACCEPTANCE CORP    UNSECURED          4166.96           .00        2032.30
ECONOMY FURNITURE         UNSECURED         NOT FILED          .00            .00
ERNESTO D BORGES JR       UNSECURED         NOT FILED          .00            .00
CHICAGO HEIGHTS AUTO WOR  UNSECURED          1441.24           .00         702.92
JEAN CLAUDE BISSOU        UNSECURED         NOT FILED          .00            .00
LILLIE SIMMONS            UNSECURED         NOT FILED          .00            .00
MIDWEST PHYSICIAN GROUP   UNSECURED         NOT FILED          .00            .00
OSI PORTFOLIO SERVICES    UNSECURED          1438.54           .00         701.61
PREMIER BANCARD CHARTER   UNSECURED         NOT FILED          .00            .00
RIVER PARK APARTMENTS     UNSECURED         NOT FILED          .00            .00
ST JAMES & ST MARGARET    UNSECURED          929.10            .00         441.10
CITY OF CHICAGO PARKING   UNSECURED          120.00            .00          51.53
UAW FORD LEGAL SERVICE P  DEBTOR ATTY         .00                             .00
TOM VAUGHN                TRUSTEE                                        1,010.17
DEBTOR REFUND             REFUND                                            20.30

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 20,075.28

PRIORITY                                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 24220 JANICE EILEEN PARKER
```

```
SECURED                                                     9,000.00
    INTEREST                                                1,521.15
UNSECURED                                                   8,523.66
ADMINISTRATIVE                                                   .00
TRUSTEE COMPENSATION                                        1,010.17
DEBTOR REFUND                                                  20.30
                                      ---------------  ---------------
TOTALS                                      20,075.28        20,075.28
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 02/27/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                             PAGE   2
           CASE NO. 04 B 24220 JANICE EILEEN PARKER